**DISMISS and Opinion Filed October 10, 2023**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-23-00499-CR**
_____

**NEVAN TYSON LYDENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-22-0549**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Nowell, and Justice Garcia
Opinion by Chief Justice Burns

Before the Court is Appellant's Motion to Withdraw Appellant's Notice of Appeal. Appellant states in the motion that he "no longer has a desire to pursue an appeal of the conviction in Cause No. 2-22-0549." The motion is signed by appellant and appellant's counsel. We grant the motion and dismiss the appeal.

/Robert D. Burns, III/

Do Not Publish
TEX. R. APP. P. 47.2(b)
230499F.U05

ROBERT D. BURNS, III
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

NEVAN TYSON LYDENS,
Appellant

No. 05-23-00499-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 382nd Judicial
District Court, Rockwall County,
Texas
Trial Court Cause No. 2-22-0549.
Opinion delivered by Chief Justice
Burns. Justices Nowell and Garcia
participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered October 10, 2023